UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                    13-Cr-836 (SHS)

   -v-                                                    ORDER

UNTRA JONES,

               Defendant(s).
-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Sam A. Schmidt having filed a letter motion [Doc. No. 387] requesting that the Court reappoint him *nunc pro tunc* as of March 19, 2020, to assist defendant in filing for compassionate release and any other manner to obtain early release from prison,

    IT IS HEREBY ORDERED that the motion [Doc. No. 387] is granted.

Dated: New York, New York
       April 7, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.