UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 13-Cr-836 (SHS) |
| -v- | : | <u>ORDER</u> |
| UNTRA JONES, | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      Defendant having filed a motion for a reduction in sentence dated May 1, 2020 [Doc. No. 836],

      IT IS HEREBY ORDERED that the government shall respond to the motion on or before May 13, 2020.

Dated: New York, New York
       May 6, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.