UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        13-Cr-836 (SHS)

    -against-                                       :

                                                                                     ORDER

UNTRA JONES,                                        :

            Defendant.                       :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

        Sam A. Schmidt, having requested that he be reassigned to represent defendant beginning on February 1, 2022,

        IT IS HEREBY ORDERED that Sam A. Schmidt is reappointed to represent the defendant pursuant to the Criminal Justice Act for purposes of the defendant's violation of supervised release.

Dated: New York, New York
           February 2, 2022

                                                                                 SO ORDERED:

                                                                                 Sidney H. Stein, U.S.D.J.