UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        13-Cr-836 (SHS)

      -against-                                          :
                                                                                        ORDER
UNTRA JONES,                                          :

      Defendant.                                     :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    The Court grants the parties' agreed upon bail conditions as follows:

    1. Personal recognizance bond in the amount of $20,000.00, cosigned by one financially responsible person;

    2. Home confinement with location monitoring;

    3. Defendant shall be released today on his own signature;

    4. Defendant shall have two weeks from today to secure the financially responsible person; and

    5. All prior conditions of supervised release remain as set.

Dated: New York, New York
February 8, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.