UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA, : 13-Cr-836 (SHS)

    -against- :

                                                                                      ORDER

UNTRA JONES, :

            Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

       A teleconference having been held today in connection with defendant's request for a bail modification [Doc. No. 413], with counsel for all parties, and the probation officers from the Eastern and Southern Districts of New York participating, and defendant's attorney having waived his client's appearance,

       IT IS HEREBY ORDERED that:

       1.    The defendant shall be removed from the location monitoring program; and

       2.    For no more than a period of 60 days, the defendant shall reside in a Residential Re-Entry Center (RRC) approved by the U.S. Probation Office. The defendant shall adhere to all rules and conditions established by the RRC but will not be required to pay a subsistence payment to the facility. This condition is held in abeyance until deemed necessary to be executed by the probation office.

Dated: New York, New York
       March 4, 2022

                                                          SO ORDERED:

                                                        Sidney H. Stein, U.S.D.J.