**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

March 7, 2023

Honorable Sidney H. Stein, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: *U.S. v. Untra Jones*
13 Cr. 836 (SHS)

Dear Judge Stein:

Without objection from the government, I am requesting that the violation of supervised release hearing/conference be adjourned to the week of April 10, 2023 or a date soon thereafter.

On or about February 17, 2023, Mr. Jones was attacked and suffered injuries to his hand and shoulder. Based upon records in my possession, (that have been made available to the government) he has a separated shoulder and a dislocated or broken finger. Because of the difficulties of obtaining appointments with orthopedic surgeons, Mr. Jones was scheduled by medical staff to see a surgeon, Dr. Weiser, on Thursday at 2 PM. Our hearing is scheduled for 2:30 PM. I was told by the staff of Dr. Weiser, that at the consultation, dates for surgery on the hand and shoulder will be set. It is likely that surgery on the hand can be scheduled within a week to ten days and the shoulder in 2-3 weeks.

Therefore, without an objection by the government, I respectfully request that this matter be adjourned to the week of April 10, 2023.

**The violation hearing is adjourned to April 10 at 11:30 a.m.**

Dated: New York, New York
March 7, 2023

Respectfully submitted,
/s/
Sam A. Schmidt

SO ORDERED:

Sidney H. Stein, U.S.D.J.