**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

March 13, 2023

Honorable Sidney H. Stein, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: *U.S. v. Untra Jones*
13 Cr. 836 (SHS)

Dear Judge Stein:

As required by his supervised release, Mr. Jones has been in therapy for his numerous psychological issues resulting from his childhood. Therapy is apparently paid through the U.S. Department of Probation. Though I have had discussions with Mr. Jones' therapist and she expressed her willingness to assist in providing a better understanding of Mr. Jones' psychological issues, as a result of the contract between the company providing the therapy and Probation, the therapist requires the consent of the probation officer in order to provide therapy notes and to prepare a report as to Mr. Jones' conditions and its impact on his life. Probation has refused to provide its consent.

Therefore, I respectfully request that your Honor order that Probation provide the consent so that the therapist can provide therapy notes and prepare a report. Such information is necessary for counsel to provide adequate representation of Untra Jones for the violation of supervised release hearings.

Because of the nature of the request, I am forwarding this without public filing it on ECF.

Request granted.

Dated: New York, New York
March 13, 2023
SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

Respectfully submitted,
/s/
Sam A. Schmidt