UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

UNTRA JONES,

                    Defendant.

13-CR-836 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    On March 22, 2023, defendant Untra Jones requested an adjournment of his April 3 conference regarding a violation of his supervised release.

    Accordingly, IT IS HEREBY ORDERED that:

        The conference on defendant's violation of supervised release is adjourned to April 18 at 10:00 a.m.

Dated: New York, New York
       March 28, 2023

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.