UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 13-Cr-836 (SHS) |
| -against- | : | |
| UNTRA JONES, | : | <u>ORDER</u> |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that defendant Untra Jones [USM No. 69298-054] is remanded to the custody of the U.S. Marshal for the Southern District of New York.

Dated: New York, New York
       May 2, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.